**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7561**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM CARL DOVER,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District Judge.  (CR-96-739, CA-99-3145-7-20)

───────────────

Submitted:  June 15, 2000                  Decided:  June 20, 2000

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William Carl Dover, Appellant Pro Se.  David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    William Carl Dover seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Dover</u>, Nos. CR-96-739; CA-99-3145-7-20 (D.S.C. Oct. 25, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>